NEW-YORK,
May, 1828.

Brower
*ads.*
Feeter.

### G. & T. ODIVENE *vs.* HILLS.

A commission to take testimony may be sued out previous to default or issue.

COMMISSION to take testimony. Action, assumpsit for goods sold in Boston. The cause is not at issue, nor is the defendant's default for not pleading entered. A motion is made for a commission to take the testimony of a witness residing in Boston, to be used on the executing of a writ of inquiry of damages.

*R. Sedgwick,* for plaintiffs.

*By the Court,* SUTHERLAND, J. The statute allowing commissions to take testimony, does not confine the power of courts in granting them to cases where issues are joined; but extends to every case depending in the courts of record, without regard to the state of the pleadings. The motion is granted.

---

### BROWER *ads.* FEETER.

A feigned issue will not be awarded to try the fact of payment of a judgment, where the sum in controversy is less than $50.

MOTION to set aside an execution as paid. The judgment was rendered in 1819. Sundry payments having been made by the defendant in cash and country produce, in February last an execution was issued by the plaintiff, on which a balance was claimed of less than $50. The defendant alleged that the payments made were sufficient to satisfy the execution; which being denied by the plaintiff, the defendant's counsel, under the general relief asked for in his notice, moved the court for a feigned issue to try the question of payment.

*By the Court,* SUTHERLAND, J. The motion to set aside the execution is denied, but without costs, the evidence as to the payment being complex and contradictory. The court will not undertake to decide the question on the affidavits presented : nor will they award a feigned issue, the sum in controversy not justifying the expense.